IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 8 U.S.C. §1326(a)(2) |
| JAIRO RAMIREZ PEREZ | ) | Re-entry After |
| | ) | Removal/Deportation |

CR417 110

COUNT ONE
8 U.S.C. §1326(a)(2)
(Re-entry After Removal/Deportation)

THE GRAND JURY CHARGES THAT:

On or about May 28, 2017, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**JAIRO RAMIREZ PEREZ,**

being an alien of the United States who previously had been excluded, deported and removed from the United States, was knowingly and unlawfully present in the United States, having been found in Chatham County, Georgia, without first having obtained permission for reentry into the United States as required by law. All in violation of Title 8, United States Code, Section 1326(a)(2)(b)(1).

A TRUE BILL.

Foreman

_____  _____
James D. Durham                   Brian T. Rafferty
Acting United States Attorney     Chief, Criminal Division

_____
Jennifer J. Kirkland*
Assistant United States Attorney

***Lead counsel**